**FILED**

DEC 1 4 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA , | No. CR 04-00309 CRB |
| Plaintiff, | ORDER STAYING DRUG/ALCOHOL TESTING AND WARRANTLESS SEARCH REQUIREMENTS IN PRETRIAL RELEASE CONDITIONS |
| v. | |
| ROBERT ROLAND | |

IT IS HEREBY ORDERED, in light of the recent decision by the Court of Appeals for the Ninth Circuit  in *United States v. Scott*, 424 F.3d 888 (9th Cir. September 9, 2005), that the provisions of any order (including any pretrial bond) previously entered by any judge of this court that subjected a  defendant whose case has not been resolved (by trial, motion, or change of plea) to random tests for substance abuse (drugs or alcohol) and/or to warrantless searches are STAYED.

Defendants who have been convicted (by guilty plea or trial) and who are awaiting sentence or self-surrender remain subject to *all* release conditions previously imposed, including random testing for substance abuse and/or warrantless searches.

Substance abuse treatment programs and half-way houses (e.g., Cornell Corrections) fix the terms and conditions under which persons may be admitted to

United States District Court

For the Northern District of California

1  and remain in their programs.  These programs may expel or terminate any person

2  who refuses to comply with or who violates the terms and conditions set by the

3  programs. If a defendant who was ordered by the court, as a condition of pretrial

4  release, to participate in a substance abuse program or to reside in a half-way house,

5  is terminated or expelled from the program, it will be necessary for the court to

6  reconsider whether that defendant  may remain out of custody (on a changed set of

7  conditions) pending the disposition of the criminal proceedings.

8        Persons who signed bonds as SURETIES and/or who agreed to serve as

9  CUSTODIANS for a defendant who was subjected, under the terms of the bond, to

10  substance abuse testing and/or warrantless searches, are hereby NOTIFIED THAT

11  THE TERMS OF THE BOND HAVE BEEN CHANGED as reflected above.

12        IT IS FURTHER ORDERED that the Pretrial Services Office shall mail a copy

13  of this ORDER AND NOTICE  to all sureties and/or custodians on bonds whose

14  provisions for substance abuse testing and/or warrantless searches are stayed by this

15  ORDER.

16

17  IT IS SO ORDERED.

18  Dated:  12·14·05

19

20                                    Honorable Maria Elena James
                                    United States Magistrate Judge

21  Copies to: Pretrial, U.S. Attorney,
    Defense Counsel.

22

23                                    file: order and notice re changing release conditions

24

25

26

27

28

                                    2

**FILED**

DEC 1 4 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA , | No. CR 04-00309 CRB |
| Plaintiff, | ORDER STAYING DRUG/ALCOHOL TESTING AND WARRANTLESS SEARCH REQUIREMENTS IN PRETRIAL RELEASE CONDITIONS |
| v. | |
| ROBERT ROLAND | |

IT IS HEREBY ORDERED, in light of the recent decision by the Court of Appeals for the Ninth Circuit in *United States v. Scott*, 424 F.3d 888 (9th Cir. September 9, 2005), that the provisions of any order (including any pretrial bond) previously entered by any judge of this court that subjected a defendant whose case has not been resolved (by trial, motion, or change of plea) to random tests for substance abuse (drugs or alcohol) and/or to warrantless searches are STAYED.

Defendants who have been convicted (by guilty plea or trial) and who are awaiting sentence or self-surrender remain subject to *all* release conditions previously imposed, including random testing for substance abuse and/or warrantless searches.

Substance abuse treatment programs and half-way houses (e.g., Cornell Corrections) fix the terms and conditions under which persons may be admitted to

1

1   and remain in their programs.  These programs may expel or terminate any person
2   who refuses to comply with or who violates the terms and conditions set by the
3   programs. If a defendant who was ordered by the court, as a condition of pretrial
4   release, to participate in a substance abuse program or to reside in a half-way house,
5   is terminated or expelled from the program, it will be necessary for the court to
6   reconsider whether that defendant  may remain out of custody (on a changed set of
7   conditions) pending the disposition of the criminal proceedings.

8        Persons who signed bonds as SURETIES and/or who agreed to serve as
9   CUSTODIANS for a defendant who was subjected, under the terms of the bond, to
10  substance abuse testing and/or warrantless searches, are hereby NOTIFIED THAT
11  THE TERMS OF THE BOND HAVE BEEN CHANGED as reflected above.

12       IT IS FURTHER ORDERED that the Pretrial Services Office shall mail a copy
13  of this ORDER AND NOTICE  to all sureties and/or custodians on bonds whose
14  provisions for substance abuse testing and/or warrantless searches are stayed by this
15  ORDER.

16

17  IT IS SO ORDERED.
18  Dated:  12·14·05
19
20                                              Honorable Maria Elena James
                                                United States Magistrate Judge
21  Copies to: Pretrial, U.S. Attorney,
    Defense Counsel.
22
                                                file: order and notice re changing release conditions
23
24
25
26
27
28

2